

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2020

No. 04-19-00216-CR

Luis Antonio **ARROYO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR5532
Honorable Laura Lee Parker, Judge Presiding

# O R D E R

After we granted the State's first motion for an extension of time to file the brief, the State's brief was due on February 18, 2020. *See* TEX. R. APP. P. 38.6(d). One day after the due date, the State filed its second motion for a one-day extension of time to file its brief and its brief.

The State's motion is GRANTED; its brief is deemed timely filed. *See id.*

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court